IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:20-CR-53 (MTT) |
| | ) |
| DEMAREA DEMOND CAREY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 66. The defendants were indicted on December 9, 2020. Doc. 1. Defendant Raquan Emahl Gray had his arraignment in this Court on April 6, 2021. Doc. 13. Defendant Daquann Marquez Epps had his arraignment in this Court on June 9, 2021. Doc. 33. Defendant Demarea Demond Carey had his arraignment in this Court on August 9, 2021. Doc. 53. Five prior continuances have been granted for Defendant Raquan Emahl Gray. Docs. 22; 25; 43; 50; 64. Three prior continuances have been granted for Defendant Daquann Marquez Epps. Docs. 43; 50; 64. One prior continuance has been granted for Defendant Demarea Demond Carey. Doc. 64. The parties now move the Court to continue this case to the next trial term to give defense counsel proper time to review discovery, conduct any required investigation, or negotiate a potential resolution of the case. Doc. 66 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 66) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 26th day of October, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
